# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE THE MATTER OF:                )
                                    )
Vernita Wickliffe-Lewis,            )   Case No. 18-13141
    Debtor                        )   Judge: Goldgar
                                    )   Trustee: Marshall
                                    )

## NOTICE OF MOTION

TO:   Marilyn O. Marshall       *ALL MEMBERS OF ATTACHED SERVICE LIST*
       Chapter 13 Trustee
       224 S. Michigan, Suite 800
       Chicago, IL 60602
       *(Via Electronic Notice through ECF)*

Cook County Land Bank Authority
69 W. Washington St., Suite 2938
Chicago, IL 60602

On August 21, 2018, at 11:00 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Goldgar, of the United States Bankruptcy Court, 219 S. Dearborn, Room 642, Chicago, Illinois, and then and there present the attached Motion to File Proof of Claim After the Claims Bar Date on Behalf of the Secured Creditor, COOK COUNTY LAND BANK AUTHORITY at which time you may appear and object.

                                                         /s/ Thomas M. Britt
                                                         THOMAS M. BRITT
                                                          Attorney for Debtor

## PROOF OF SERVICE

I, THOMAS M. BRITT, state that I served a copy of the above Notice of Motion and Motion by notifying same to the above named persons and persons named on the attached service list electronically via the U.S. Bankruptcy Court's electronic notice for registrants or by depositing same in the U.S. Mail at 7601 W. 191st St., Suite 1W, Tinley Park, IL 60487 at 5:00 p.m. on <u>August 15</u>, 2018.

                                                           /s/ Thomas M. Britt
                                                         THOMAS M. BRITT

Thomas M. Britt
LAW OFFICES OF THOMAS M. BRITT, P.C.
7601 W. 191st Street, Suite 1W
Tinley Park, IL 60487
(815) 464-5533
Atty. No. 6200940

# SERVICE LIST

**IRS**
Dept of Treasury
PO Box 236
Memphis, TN 38101-0236

**UNITED STATES DEPARTMENT OF EDUCATION**
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

**Chase Records Center**
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe LA 71203

**Chase Mortgage**
PO Box 24696
Columbus, OH 43224

**Cook County Land Bank Authority**
69 W. Washington St., Suite 2938
Chicago, IL 60602

**Cook County Clerk**
118 N. Clark St., Rm 434
Chicago, IL 60602

**Cook County Treasurer**
118 N Clark Street, Suite 100
Chicago, IL 60602

**Oak woods Management Co.**
1035 E. 67th St.
Chicago, IL 60637

**Great Lakes Higher Ed**
PO Box 7860
Madison, WI 53707

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE THE MATTER OF: )
)
Vernita Wickliffe-Lewis, ) Case No. 18-13141
    Debtor ) Judge: Goldgar
) Trustee: Marshall
)
)

## DEBTOR'S MOTION TO FILE PROOF OF CLAIM AFTER THE CLAIMS BAR DATE ON BEHALF OF THE SECURED CREDITOR, COOK COUNTY LAND BANK AUTHORITY

NOW COMES the Debtor, VERNITA WICKLIFFE-LEWIS, by and through her attorney, THOMAS M. BRITT, and in support of her Motion to File Proof of Claim After the Claims Bar Date on Behalf of the Secured Creditor, COOK COUNTY LAND BANK AUTHORITY, states as follows:

1. On May 4, 2018, Debtor filed her Petition for Chapter 13 Bankruptcy Relief.

2. On July 26, 2018, Debtor filed her Amended Plan.

3. Debtor's amended plan pays for $887.00 for 60 months for a total dividend of 47% to the General Unsecured Creditors.

4. The Debtor listed Cook County Land Bank Authority, a tax purchaser on Debtor's real estate commonly identified as 10178 S. Vincennes Ave., Chicago, IL 60628 and 204 Early St., Park Forest, IL 60466.

5. The main reason why the Debtor filed her current Chapter 13 petition is to address her tax purchaser secured debt.

6. Under Rule 3002 of the Fed. R. Bankr. P., "An unsecured creditor or an equity security holder must file a proof of claim or interest for the claim or interest to be allowed, except

as provided in Rules 1019(3), 3003, 3004 and 3005." The deadline to file a claim in this case was July 13, 2018.

7. If a creditor does not timely file a proof of claim, the debtor or trustee may file a proof of such claim. 11 USC § 501(c).

8. Rule 3004 provides, in part: "If a creditor does not timely file a proof of claim under Rule 3002(c) or 3003(c), the debtor or trustee may file a proof of the claim within 30 days after the expiration of the time for filing claims prescribed by Rule 3002(c) or Rule 3003(c), whichever is applicable." Fed. R. Bankr. P. 3004

9. Rule 3002(c) governs the filing of claims by creditors in Chapter 13 cases.

10. Since the deadline set by the Bankruptcy Code to file the claim under Rule 3004 has expired, the Debtor now seeks extension of time until the date after hearing on this Motion, August 22, 2018, to file a claim on behalf of the Creditor Cook County Land Bank Authority.

11. Rule 9006(b) allows courts to extend the bar date or certain actions required by the Rules, including the filing of claims by the debtor or trustee on behalf of the creditor.

12. Rule 9006(b) provides:

a) (1) In General. Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion

made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

b) (2) Enlargement Not Permitted. The court may not enlarge the time for taking action under Rules 1007(d), 2003(a) and (d), 7052, 9023, and 9024.

c) (3) Enlargement Governed by Other Rules. The court may enlarge the time for taking action under Rules 1006(b)(2), 1017(e), 3002(c), 4003(b), 4004(a), 4007(c), 4008(a), 8002, and 9033, only to the extent and under the conditions stated in those rules . . .Fed. R. Bankr. P. 9006(b).

13. In the matter at hand, the Debtor specifically listed Cook County Land Bank Authority as a secured creditor as the tax purchaser in her Chapter 13 Plan.

14. However, similarly to the prior Chapter 13 bankruptcy, Cook County Land Bank Authority did not file a proof of claim in Debtor's current Chapter 13 bankruptcy.

15. Allowance of this late-filed claim will benefit the Debtor, Debtor's estate, and the Cook County Land Bank Authority, and will not materially affect other creditors.

WHEREFORE, Debtor Vernita Wickliffe-Lewis, prays that this Court grant her Motion to File a Proof of Claim After the Claims Bar Date on behalf of Secured Creditor, Cook County Land Bank Authority, and for such other relief as this Court may deem just and proper.

/s/ Thomas M. Britt
THOMAS M. BRITT
Attorney for Debtor

Thomas M. Britt
LAW OFFICES OF THOMAS M. BRITT, P.C.
7601 W. 191st Street, Suite 1W
Tinley Park, IL 60487
(815) 464-5533