UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE THE MATTER OF: )
)
VERNITA WICKLIFFE-LEWIS, ) Case No. 18-13141
) Judge: Goldgar
Debtor. ) Trustee: Marshall
)

## NOTICE OF MOTION

TO: Marilyn O. Marshall  *ALL MEMBERS OF ATTACHED SERVICE LIST*
Chapter 13 Trustee
224 S. Michigan, Suite 800
Chicago, IL 60602
*(Via Electronic Notice through ECF)*

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

On December 18, 2018, at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Goldgar, of the United States Bankruptcy Court, 219 S. Dearborn, Room 642, Chicago, Illinois, and then and there present the attached Motion to File Proof of Claim After the Claims Bar Date on behalf of Priority Creditor, ILLINOIS DEPARTMENT OF REVENUE, at which time you may appear and object.

/s/ Thomas M. Britt
THOMAS M. BRITT
Attorney for Debtor

## PROOF OF SERVICE

I, THOMAS M. BRITT, state that I served a copy of the above Notice of Motion and Motion by notifying same to the above named persons and persons named on the attached service list electronically via the U.S. Bankruptcy Court's electronic notice for registrants or by depositing same in the U.S. Mail at 7601 W. 191st Street, Suite 1W, Tinley Park, IL 60487 at 5:00 p.m. on December 6, 2018.

/s/ Thomas M. Britt
THOMAS M. BRITT

Thomas M. Britt
LAW OFFICES OF THOMAS M. BRITT, P.C.
7601 W. 191st Street, Suite 1W
Tinley Park, IL 60487
(815) 464-5533
Atty No. 6200940

# SERVICE LIST

Chase Mortgage
PO Box 24696
Columbus, OH 43224

Cook County Clerk
118 N Clark St, Room 434
Chicago, IL 60602

Cook County Land Bank Authority
69 W Washington, Suite 2938
Chicago, IL 60602

Cook County Treasurer
118 N Clark Street, Suite 100
Chicago, IL 60602

Great Lakes Higher Ed
PO Box 7860
Madison, WI 53707

IRS
Dept of Treasury
PO Box 236
Memphis, TN 38101-0236

Oak Woods Management Co
1035 E 67th Street
Chicago, IL 60637

Vernita Wickliffe-Lewis
204 Early Street
Park Forest, IL 60466
*(Via Regular Mail)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE THE MATTER OF: )
) Case No. 18-13141
VERNITA WICKLIFFE-LEWIS, ) Judge: Goldgar
) Trustee: Marshall
Debtor. )
)

## DEBTOR'S MOTION TO FILE PROOF OF CLAIM AFTER THE CLAIMS BAR DATE ON BEHALF OF PRIORITY CREDITOR, ILLINOIS DEPARTMENT OF REVENUE

NOW COMES the Debtor, VERNITA WICKLIFFE-LEWIS, by and through her attorney, THOMAS M. BRITT, and in support of her Motion to File Proof of Claim After the Claims Bar Date on behalf of Priority Creditor, ILLINOIS DEPARTMENT OF REVENUE, states as follows:

1. On May 4, 2018, Debtor filed her Petition for Chapter 13 Bankruptcy Relief.

2. On July 26, 2018, Debtor filed her Amended Plan.

3. That on September 11, 2018, the Debtor's Amended Plan was confirmed by this Court.

4. Debtor's amended plan pays for $887.00 for 60 months for a total dividend of 47% to the General Unsecured Creditors.

5. At the time of filing of her bankruptcy petition, the Debtor had listed the IRS, but not the Illinois Department of Revenue.

6. On or about November 29, 2018, it was learned by Debtor's counsel that the Debtor owes the amount of $2,133.39 to the Illinois Department of Revenue for

1

the 2016 tax year. See Exhibit A attached.

7. Under Rule 3002 of the Fed. R. Bankr. P., "An unsecured creditor or an equity security holder must file a proof of claim or interest for the claim or interest to be allowed, except as provided in Rules 1019(3), 3003, 3004 and 3005." The deadline to file a claim in this case was November 4, 2018.

8. If a creditor does not timely file a proof of claim, the Debtor or trustee may file a proof of such claim. 11 USC § 501(c).

9. Rule 3004 provides, in part: "If a creditor does not timely file a proof of claim under Rule 3002(c) or 3003(c), the Debtor or trustee may file a proof of the claim within 30 days after the expiration of the time for filing claims prescribed by Rule 3002(c) or Rule 3003(c), whichever is applicable." Fed. R. Bankr. P. 3004

10. Rule 3002(c) governs the filing of claims by creditors in Chapter 13 cases.

11. Since the deadline set by the Bankruptcy Code to file the claim under Rule 3004 has expired, the Debtor now seeks extension of time until the date after hearing on this Motion to file a claim on behalf of the Creditor, Illinois Department of Revenue.

12. Rule 9006(b) allows courts to extend the bar date or certain actions required by the Rules, including the filing of claims by the Debtor or trustee on behalf of the creditor.

13. Rule 9006(b) provides:

**a) (1) In General. Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of**

2

court, the court for cause show may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

**b) (2) Enlargement Not Permitted.** The court may not enlarge the time for taking action under Rules 1007(d), 2003(a) and (d), 7052, 9023, and 9024.

**c) (3) Enlargement Governed by Other Rules.** The court may enlarge the time for taking action under Rules 1006(b)(2), 1017(e), 3002(c), 4003(b), 4004(a), 4007(c), 4008(a), 8002, and 9033, only to the extent and under the conditions stated in those rules . . . Fed. R. Bankr. P. 9006(b).

14. That allowance of this late filed claim will benefit the Debtor, Debtor's estate, and the Illinois Department of Revenue, and will not materially affect other creditors.

WHEREFORE, VERNITA WICKLIFFE-LEWIS, prays that this Court grant her Motion to File a Proof of Claim After the Claims Bar Date on behalf of Priority Creditor, Illinois Department of Revenue and for such other relief as this Court may deem just and proper.

                                                       /s/ Thomas M. Britt
                                                     THOMAS M. BRITT
                                                     Attorney for Debtor

Thomas M. Britt
LAW OFFICES OF THOMAS M. BRITT, P.C.
7601 W. 191st Street, Suite 1W
Tinley Park, IL 60487
(815) 464-5533